



## MEMORANDUM OPINION

No. 04-10-00524-CV

**C & A TRUCKING, INC.**,
Appellant

v.

Sylvia **HETHERLY**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 09-07-48163-CV
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed: September 29, 2010

DISMISSED

       The parties have filed a joint motion to dismiss this appeal. We grant the motion and

dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).


                                              PER CURIAM